Eric J. Troutman (SBN 229263)
*troutman.eric@dorsey.com*
Scott D. Goldsmith (SBN 2594499)
*goldsmith.scott@dorsey.com*
Robert A. Schultz (SBN 305367)
*schultz.bob@dorsey.com*
**DORSEY & WHITNEY LLP**
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

Attorneys for Defendant
Wells Fargo Bank, N.A.

FILED
CLERK, U.S. DISTRICT COURT

January 26, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA PIRAINO,<br><br>*Plaintiff,*<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>*Defendant(s).* | CASE NO: 2:16-cv-8705<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**<br><br>Action Filed: November 22, 2016<br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL

Pursuant to the Joint Stipulation for Arbitration and Request for Dismissal by Plaintiff Alexandra Piraino and Defendant Wells Fargo Bank, N.A., and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that:

1. The parties shall submit to binding non-judicial arbitration;
2. The arbitration shall be conducted through the American Arbitration Association;
3. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and based on the stipulation submitted by the parties, this action is hereby DISMISSED WITHOUT PREJUDICE; and,
4. Each party shall bear its own costs and fees as to this federal court action.

**IT IS SO ORDERED.**

Dated: 1/26/16

*S. James Otero*

_____

Hon. S. James Otero