FILED
CLERK, U.S. DISTRICT COURT

April 25, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| ALEXANDRA PIRAINO,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>　　　Defendant(s). | Case No.: 2:16-cv-08705-SJO-AJW<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

# [PROPOSED] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:__April 25, 2017

　　　　　　　　　　　　　　　　*S. James Otero*

　　　　　　　　　　　　　　　By:_____

　　　　　　　　　　　　　　　S. James Otero

　　　　　　　　　　　　　　　United States District Judge